**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARLOS ALFREDO HERNANDEZ, | No. 12-73787 |
| Petitioner, | |
| v. | Agency No. A095-630-757 |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2015[**]

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Carlos Alfredo Hernandez, a native and citizen of Guatemala, petitions pro

se for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to remand and dismissing his appeal from an immigration judge's order

denying his motion to reopen removal proceedings conducted in absentia. Our

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Hernandez's contention that the BIA erred in declining to invoke its sua sponte authority to reopen proceedings. *See Mejia-Hernandez v. Holder,* 633 F.3d 818, 823-24 (9th Cir. 2011) (this court lacks jurisdiction to review the agency's sua sponte determinations).

Hernandez has not raised, and has therefore waived, any other challenges to the agency's grounds for denial of his motion to reopen and motion to remand. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (a petitioner waives a contention by failing to raise it in the opening brief).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**